**William C. ROSEMOND, Appellant, v. Frank A. GROSSMAN et al., Appellees.**

**No. 12370.**

United States Court of Appeals
Fifth Circuit.

Nov. 17, 1948.

480

Gaius G. Gannon, Walter J. Kronzer, Jr., and J. Russell Mount, all of Houston, Tex., for appellant.

Russel H. Markwell, of Galveston, Tex., for appellees.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.